# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IMA DALE FOSTER AND CLARENCE A. FOSTER | § § § § |
| Plaintiffs, | § CIVIL ACTION NO. 4:04-CV-02552 |
| vs. | § § § |
| WYETH, ET AL. | § § |
| Defendants. | § § § |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The above styled and numbered cause was scheduled for docket call on October 28, 2011 and trial in November 2011. Counsel has advised the Court that all claims are being resolved. It appearing to the Court that it is not necessary that this cause remain upon the Court's docket; IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the above styled cause be, and is hereby, dismissed without prejudice as to all defendants, subject to the claims being resolved; and the Court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the matter has not been resolved and further litigation is necessary.

SIGNED this ___ day of June, 2011.

UNITED STATES DISTRICT JUDGE